UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICK BRATTON and DEREK SHELLEY, | ) ) ) | |
| Plaintiffs, | ) ) | 1:09-cv-1391-SEB-JMS |
| vs. | ) ) | |
| THE TOWN OF FORTVILLE, TOWN COUNCIL OF FORTVILLE. PHILLIP SCROGHAM, in his official capacity as Town Councillor, TAMMY GILBERT, in her official capacity as Town Councillor, SEAN SIMMONS, in his official capacity as Town Councillor, RON STAFFORD, individually and in his official capacity as Town Councillor, and JEFF RATLIFF, individually and in his official capacity as Town Councillor, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the Court's ruling entered on this day, final judgment is hereby entered in favor of Defendants and against Plaintiffs. Plaintiffs' federal law claims are hereby dismissed with prejudice, and Plaintiffs' state law claims are dismissed without prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: ___06/02/2010_____

Copies to:

Kyle A. Jones
NORRIS CHOPLIN & SCHROEDER LLP
kjones@ncs-law.com

Kathleen M. Sweeney
SCHEMBS SWEENEY LAW
ksween@gmail.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana